1   **MUSICK, PEELER & GARRETT LLP**
    ATTORNEYS AT LAW
2   650 TOWN CENTER DRIVE, SUITE 1200
    COSTA MESA, CALIFORNIA 92626-1925
    TELEPHONE: 714-668-2452
3   FACSIMILE 714-668-2490

4   Sean P. Flynn (State Bar No. 220184)
    *s.flynn@mpglaw.com*

5   Attorneys for Defendant,
    THE CBE GROUP, INC.
6

7

8              UNITED STATE DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10                                    '12CV2200 IEG  RBB

11  ANTHONY FEHRENBACH,              | CASE No. 37-2012-00068598-CU-NP-EC

12          Plaintiff,               | **NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**
13          vs.

14  THE CBE GROUP, INC.,

15          Defendant.              | Action Filed:      July 20, 2012
16                                  | Trial Date:       None Set

17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    **TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, SOUTHERN**

2    **DISTRICT OF CALIFORNIA, AND TO ALL INTERESTED PARTIES AND THEIR**

3    **ATTORNEYS HEREIN:**

4    **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441(a), Defendant The CBE

5    Group, Inc.("Defendant"), hereby removes the above-entitled action from the Superior Court for

6    the State of California in and for the County of  San Diego, to the United States District Court,

7    Southern District of California, based on the following facts:

8        1.   On or about July 20, 2012, an action was filed in the Superior Court of the State of

9    California for the County of San Diego, entitled *Anthony Fehrenbach v The CBE Group*, Case No.

10   37-2012-00068598 ("the Action").  Copies of the summons and complaint are attached hereto as

11   "Exhibit A."

12       2.   Plaintiff alleges as one of his causes of action violation of the Fair Debt  Collection

13   Practices Act.  Thus, this Court has original jurisdiction over this case pursuant to 15. U.S.C

14   §1692 k(d), and 28 U.S.C. § 1331.

15       3.   A responsive pleading has been filed in the State Court Action, and is attached as

16   Exhibit "B"

17       4.   Defendant is not aware of any events, other than the filing of the Complaint and

18   Answer, taking place in the State Court Action.

19       5.   Removal is timely pursuant to 28 U.S.C. §1446(b) as Notice of Removal has been

20   filed within thirty days after receipt by the Defendant, who was served by personal service on

21   August 12, 2012.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1   For the reasons stated above, Defendant removes the above entitled action now pending in

2  the Superior Court for the County of San Diego, Case No. 37-2012-00068598-CU-NP-EC, to the

3  United States District Court for the Southern District of California.

4

5  DATED: September 10, 2012          **MUSICK, PEELER & GARRETT LLP**

6

7                                            By:    */s/ Sean P. Flynn*

8                                                   Sean P. Flynn
                                                    Attorneys for Defendant,
9                                                   THE CBE GROUP, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28