# EXHIBIT "B"

COPY

1  **MUSICK, PEELER & GARRETT LLP**
   ATTORNEYS AT LAW
2  650 TOWN CENTER DRIVE, SUITE 1200
   COSTA MESA, CALIFORNIA 92626-1925
   TELEPHONE 714.668.2452
3  FACSIMILE 714.668.2490

   Sean P. Flynn (State Bar No. 220184)
4  s.flynn@mpglaw.com

5  Attorneys for Defendant,
   THE CBE GROUP, INC.
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9        FOR THE COUNTY OF SAN DIEGO, EAST COUNTY DIVISION

10

11                                    IMAGED

12  ANTHONY FEHRENBACH,             CASE No. 37-2012-00068598-CU-NP-EC

13              Plaintiff,          **ANSWER TO COMPLAINT**

14      vs.                         **DEMAND FOR JURY**

15  THE CBE GROUP, INC.,            Dept.:  E-14

16              Defendant.          Action Filed:        July 20, 2012
                                    Trial Date:          None Set
17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

807970.1                                    37-2012-00068598-CU-NP-EC

FILED
EAST COUNTY DIVISION

2012 SEP 10  PM 12: 55

CLERK SUPERIOR COURT
SAN DIEGO COUNTY, CA

By Fax

1  Defendant THE CBE GROUP, INC. ("Defendant") answers the Complaint of Plaintiff

2  ANTHONY FEHRENBACH ("Plaintiff"), as follows:

3  **GENERAL DENIAL**

4  Pursuant to *Code of Civil Procedure* § 431.30(d), Defendant, generally and specifically,

5  deny each and every allegation in the unverified Complaint filed by Plaintiff, and specifically deny

6  that Plaintiff has been damaged in any of the sums mentioned in said Complaint, or in any sum, or

7  at all, or that Plaintiff is entitled to the relief sought in the Complaint as a result of any act,

8  omission, or delay in acting of these answering Defendants.

9  **AFFIRMATIVE DEFENSES**

10  **FIRST DEFENSE**

11  (Statute of Limitations)

12  Plaintiff's entire Complaint is barred by the applicable statute of limitations.

13  **SECOND DEFENSE**

14  (Contributory/Comparative Fault)

15  Any violation of the law or damage suffered by Plaintiff, which Defendant denies, was due

16  to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any

17  liability or claim of damages against Defendant.

18  **THIRD DEFENSE**

19  (Bona Fide Error)

20  Plaintiff's claims are barred as against Defendant by the qualified immunity of 15 U.S.C. §

21  1692k(c) and California Civil Code 1788.30(e). To wit, any violation of either statute, which

22  Defendant denies, was not intentional and resulted, if at all, from a bona fide error notwithstanding

23  the maintenance of procedures reasonably adapted to avoid such errors.

24  **FOURTH DEFENSE**

25  (Standing)

26  Plaintiff lacks standing to bring this action against Defendant under the Fair Debt

27  Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act.

28  / / /

1

## SIXTH DEFENSE

2

(Failure to Mitigate)

3

Plaintiff failed, in whole or in part, to mitigate Plaintiff's damages despite having the

4

means to do so.

5

## SEVENTH DEFENSE

6

(Good Faith)

7

Defendant alleges that at all times it acted in good faith and with good cause.  The conduct

8

of Defendant was within the reasonable expectations of the parties and was reasonably related to

9

Defendant's legitimate business interests upon the basis of reasonable factors.

10

## EIGHTH DEFENSE

11

(Estoppel)

12

The Complaint and each of its purported claims for relief are barred by the doctrine of

13

estoppel.

14

## NINTH DEFENSE

15

(Waiver)

16

The Complaint and each of its purported claims for relief are barred by the doctrine of

17

waiver.

18

## TENTH DEFENSE

19

(Unclean Hands)

20

The Complaint and each of its purported claims for relief are barred by the doctrine of

21

unclean hands.

22

## ELEVENTH DEFENSE

23

(Laches)

24

The Complaint and each of its purported claims for relief are barred by the doctrine of

25

laches.

26

///

27

///

28

///

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

807970.1

2

37-2012-00068598-CU-NP-EC

ANSWER TO PLAINTIFF'S COMPLAINT

1

## TWELFTH DEFENSE

2

(Intervening Cause)

3    Plaintiff's alleged damages, which Defendant continues to deny, were not caused by

4 Defendant but by an independent intervening cause.

5

## THIRTEENTH DEFENSE

6

(Reservation of Additional Defenses)

7    Defendant alleges that the Complaint does not describe the alleged actions with sufficient

8 particularity to permit it to ascertain what other defenses may exist.  Defendant therefore reserves

9 the right to assert all defenses that may pertain to the Complaint as the facts of the case are

10 discovered.

11    WHEREFORE, Defendant prays as follows:

12        1.   That Plaintiff take nothing by way of her Complaint herein and that this

13             action is dismissed in its entirety;

14        2.   For Defendant's attorney's fees and costs incurred herein; and

15        3.   For such other relief as the Court may deem just and proper.

16

## DEMAND FOR JURY

17    Defendant, The CBE Group, Inc. demands a Jury Trial on all claims suitable for

18 determination by a Jury.

19 DATED: September 10, 2012          **MUSICK, PEELER & GARRETT LLP**

20

21                                 By: _____

22                                     Sean P. Flynn
                                       Attorneys for Defendant
23                                     THE CBE GROUP, INC.

24

25

26

27

28

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

3

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center

4

Drive, Suite 1200, Costa Mesa, California 92626-1925.

5

On September *10*, 2012, I served true copies of the following document(s) described as **ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties in this

6

action as follows:

7

## SEE ATTACHED SERVICE LIST

8

☒  **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope

9

for collection and mailing, following our ordinary business practices. I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence

10

for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a

11

sealed envelope with postage fully prepaid.

12

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

13

14

Executed on September *10*, 2012, at Costa Mesa, California.

15

16

Allison A. MacInnes

17

18

19

20

21

22

23

24

25

26

27

28

810075.1

1

2

## SERVICE LIST

3

4   Todd M. Friedman, Esq.                    Tel:  (877) 206-4741
    Nicholas J. Bontrager, Esq.               Fax: (866) 633-0228
5   Law Offices of Todd M. Friedman, P.C.
    369 S. Doheny Dr., #415
6   Beverly Hills, CA 90211
    tfriedman@attorneysforconsumers.com
7   nbontrager@attorneysforconsumers.com
    Counsel for
8   Plaintiff, ANTHONY FEHRENBACH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW          810075.1

1

**<u>PROOF OF SERVICE</u>**

2

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

3

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Orange, State of California.  My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California  92626-1925.

4

5

On September 10, 2012, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**  on the interested parties in this action as follows:

6

7

**SEE ATTACHED SERVICE LIST**

8

☒        **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

9

10

11

12

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

13

14

Executed on September 10, 2012, at Costa Mesa, California.

15

16

_____ */s/ Allison A. MacInnes*_____
Allison A. MacInnes

17

18

19

20

21

22

23

24

25

26

27

28

810075.2

1

2

**SERVICE LIST**

3

4   Todd M. Friedman, Esq.                    Tel:  (877) 206-4741
    Nicholas J. Bontrager, Esq.               Fax: (866) 633-0228
5   Law Offices of Todd M. Friedman, P.C.
    369 S. Doheny Dr., #415
6   Beverly Hills, CA 90211
    tfriedman@attorneysforconsumers.com
7   nbontrager@attorneysforconsumers.com
    Counsel for
8   Plaintiff, ANTHONY FEHRENBACH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW        810075.2