# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FEHRENBACH,<br><br>        Plaintiff,<br><br>vs.<br><br>THE CBE GROUP, INC.,<br><br>        Defendant. | CASE NO. 12-CV-2200-IEG (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 15] |

Before the Court is the parties' joint motion to dismiss the action in its entirety with prejudice. [Doc. No. 15.] Pursuant to Federal Rule of Civil Procedure 41 and for good cause shown, the Court **GRANTS** the joint motion and **DISMISSES** the action with prejudice. The clerk is directed to close the case.

**IT IS SO ORDERED.**

**DATED:** January 15, 2013

*Irma E. Gonzalez*
**IRMA E. GONZALEZ**
**United States District Judge**